IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02443-GPG
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

ENRIQUE VILLALOBOS,

    Plaintiff,

v.

DDC-DCJ,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On November 4, 2015, Plaintiff, Enrique Villalobos, filed *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3). On the same day, he also filed an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (*see* 15-cv-2444) and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (*see* 15-cv-2445).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filings are deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  __      is not submitted
(2)  __      is missing affidavit
(3)  _X_    is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing (must submit prisoner's trust fund statement and have prison official sign certification).
(4)  __      is missing certificate showing current balance in prison account
(5)  __      is missing required financial information
(6)  __      is missing authorization to calculate and disburse filing fee payments
(7)  __      is missing an original signature by the prisoner
(8)  __      is not on proper form
(9)  __      names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_    other:  In the alternative, Plaintiff may pay the $400.00 filing fee.

**Complaint, Petition or Application**:
(11) __      is not submitted
(12) __      is not on proper Court-approved form
(13) __      is missing an original signature by the prisoner
(14) __      is missing page nos.
(15) __      uses et al. instead of listing all parties in caption
(16) __      names in caption do not match names in text
(17) __      addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) __      other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved form for filing a Prisoner's Motion and Affidavit For Leave to Proceed Pursuant to 28 U.S.C. § 1915, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  Plaintiff must use the Court-approved form when curing the deficiencies.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED November 5, 2015, at Denver, Colorado.

                                          BY THE COURT:

                                           s/ Gordon P. Gallagher
                                          United States Magistrate Judge